JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOLTEK ELECTRIC, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 12-09442-R (JEMx)<br><br>ASSIGNED TO THE HONORABLE MANUEL L. REAL<br><br>**ORDER RE REQUEST FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. Proc. 41(a) and the "Stipulation Re: Dismissal with Prejudice" filed by Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., that this action is dismissed in its entirety, with prejudice, and each party shall bear its own fees and costs.

Dated: April 8, 2013         _____
                             UNITED STATES DISTRICT JUDGE